[No. 66101-9-I. Division One. May 14, 2012.]

TANYA OSHATZ, *Appellant*, v. GINSING, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-37634-4, Douglass A. North, J., entered September 8, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 66193-1-I. Division One. May 14, 2012.]

*In the Matter of the Marriage of* CAROLE HOFFMAN, *Respondent*, and ALAN LOWELL HOFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-02400-0, Carol A. Schapira, J., entered October 8, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 66323-2-I. Division One. May 14, 2012.]

JULIE A. JAMES, *Respondent*, v. ROBERT L. WOODMAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-36958-7, Gregory P. Canova, J., entered November 5, 2010. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Ellington and Appelwick, JJ.

[No. 66762-9-I. Division One. May 14, 2012.]

LAWLESS CONSTRUCTION CORPORATION, *Appellant*, v. TUYEN DINH NGUYEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-22937-6, James D. Cayce, J., entered February 7, 2011. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.